**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>Jesus Simenta-Delgado,<br><br>          Defendant. | Case No.: 15CR2610-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

   Upon motion of the United States of America and good cause appearing,

   IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

   IT IS SO ORDERED.

Dated: January 21, 2016

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court